IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:24CR 236 -1 |
| | : | |
| ANTHONY HURDLE | : | |

The Grand Jury charges:

On or about June 20, 2024, in the County of Guilford, in the Middle District of North Carolina, ANTHONY HURDLE did knowingly attempt to and did sell and otherwise dispose of firearms in and affecting interstate commerce, to wit: an FN 9mm handgun, a Glock 9mm handgun, a Girsan .45 caliber handgun, and a Girsan 9mm handgun, to another person, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, namely, possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), and North Carolina General Statute Section

14-415.1; in violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

DATED: July 29, 2024

SANDRA J. HAIRSTON
United States Attorney

*[signature]*
BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON