IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | SUPERSEDING |
| --- | --- | --- |
| v. | : | 1:24CR236-1 |
| ANTHONY HURDLE | : | |

The Grand Jury charges:

On or about June 20, 2024, in the County of Guilford, in the Middle District of North Carolina, ANTHONY HURDLE did knowingly attempt to and did sell and otherwise dispose of firearms in and affecting interstate commerce, to wit: an FN 9mm handgun, a Glock 9mm handgun, a Girsan .45 caliber handgun, and a Girsan 9mm handgun, to another person, knowing and having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony, namely, possession of a firearm by a convicted felon, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), and North Carolina General Statute Section 14-415.1; in violation of Title 18, United States Code, Sections 933(a)(1), (a)(3), and (b).

## FORFEITURE ALLEGATION

1.  The allegations contained in this Superseding Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 934(a)(1)(A) and (B), and Title 28, United States Code Section 2461(c).

2.  Upon conviction of the offense alleged in this Superseding Indictment, the defendant, ANTHONY HURDLE, shall forfeit to the United States, pursuant to Title 18, United States Code, Sections 934(a)(1)(A) and (B), all right, title and interest in and to any property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and any property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the offense or any property traceable to such property.

3.  The property subject to forfeiture pursuant to paragraph 2 above may include, but shall not be limited to, the following real property:

    All that certain parcel of real property known as 4072 Southview Drive, Greensboro, Guilford County, North Carolina, together with all appurtenances and improvements thereon, and more fully described as follows:

    BEING all of Lot 1 on the final plat for James R. Holyfield, Jr. & Tammy M. Holyfield as per plat thereof recorded in Plat Book 155, Page 005, in the Office of the Register of Deeds of Guilford County, North Carolina.

4.  If any of the property described above as being subject to forfeiture

as a result of any act or omission of the defendant cannot be located upon the exercise of due diligence, has been transferred or sold to or deposited with a third person, has been placed beyond the jurisdiction of the Court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

All in accordance with Title 18, United States Code, Sections 934(a)(1)(A) and (B), Rule 32.2, Federal Rules of Criminal Procedure, and Title 28, United States Code, Section 2461(c).

DATED: August 26, 2024

SANDRA J. HAIRSTON
United States Attorney

*/signature/*
BY: NICOLE R. DUPRE
Assistant United States Attorney

A TRUE BILL:

_____
FOREPERSON