IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA  :
               :  1:24CR236-1
               :
v.              :
               :
ANTHONY HURDLE       :

## EXHIBIT 1

1. $1,580.00 in U.S. CURRENCY;

2. $2,235.00 in U.S. CURRENCY;

3. GLOCK GMBH 22 Pistol CAL:40 SN:GVN645;

4. PALMETTO STATE ARMORY PA-15 receiver/frame CAL: Multi SN:SCNL219123;

5. SARSILMAZ (SAR ARMS) SAR 9C Pistol CAL:9 SN:T1102-24CY01310;

6. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL: Multi SN:SCNL204657;

7. PHOENIX ARMS CO HP22A deluxe range Pistol CAL:22 SN:4625760;

8. RUGER LCP Pistol CAL:380 SN:372599731;

EXHIBIT 1

9. GIRSAN MC 1911 S Pistol CAL:45 SN:T6368-24DU00453;

10. GIRSAN MC 1911 SC Pistol CAL:45 SN:T6368-24BF00270;

11. GLOCK INC 17GEN5 Pistol CAL:9 SN:BLKW274;

12. GLOCK INC 17GEN5 Pistol CAL:9 SN:BMLB784;

13. RUGER LCP Pistol CAL:380 SN:372599728;

14. CANiK METE mc9 Pistol CAL:9 SN:23CT73569;

15. TISAS - TRABZON GUN INDUSTRY CORP 1911A1 STAKEOUT Pistol CAL:45 SN:T0620-24K01581;

16. ADLER SILAH SANAYII CENTURION BP-12 Shotgun CAL:12 SN:24US-18362;

17. Mossberg 715P Pistol CAL:22 SN:CP2206240;

18. EAA Disruptor PISTOL CAL:9 SN:T6368-24CJ00490;

19. SAVAGE STANCE PISTOL CAL:9 SN:AA04572;

20. EAA MC1911 PISTOL CAL:45 SN:T6368-22AB04064;

21. EAA MC1911 PISTOL CAL:45 SN:T6368-24DR00860;

22. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:MULTI SN:A-35369;

23. EAA MC1911SC Untouchable PISTOL CAL:45 SN:T6368-24BF01151;

24. MASTERPIECE ARMS DEFENDER PISTOL CAL:9 SN:FX54632;

25. GLOCK INC. 17GEN5 PISTOL CAL:9 SN:BMLB775;

26. EAA mc1911sc PISTOL CAL:45 SN:T6368-24BF00915;

27. MASTERPIECE ARMS DEFENDER PISTOL CAL:9 SN:FX54703;

28. TISAS 1911 PISTOL CAL:45 SN:T0620-24K01524;

29. EAA MC28SAT PISTOL CAL:9 SN:T6368-21AV12945;

30. GLOCK INC. 17GEN4 PISTOL CAL:9 SN:BAGR923;

31. EAA MCP35 PISTOL CAL:9 SN:T6368-22EU06092;

32. Canik METE PISTOL CAL:9 SN:24CT25502;

33. SAVAGE STANCE PISTOL CAL:9 SN:AA04603;

34. GLOCK INC. 43X PISTOL CAL:9 SN:CBHC909;

35. STANDARD MANUFACTURING COMPANY, LLC S333; THUNDERSTRUCK REVOLVER CAL:22 SN:SVF037316;

36. SAVAGE STANCE PISTOL CAL:9 SN:AA12727;

37. GLOCK GMBH 22 PISTOL CAL:40 SN:CVK071US;

38. GLOCK INC 43 PISTOL CAL:9 SN:BEET214;

39. TAURUS THE JUDGE REVOLVER CAL:45/410 SN:AGC081641;

40. TAURUS 856 REVOLVER CAL:38 SN:AEG509440;

41. TISAS PX-9 GEN3 PISTOL CAL:9 SN:T062023DC00069;

42. GLOCK INC 22GEN4 PISTOL CAL:40 SN:AAGH082;

43. EAA MC1911SC PISTOL CAL:9 SN:T6368-24ER00858;

44. NORINCO (NORTH CHINA INDUSTRIES) SKS RIFLE CAL:762 SN:C21002100;

45. EAA MC9 Disruptor PISTOL CAL:9 SN:T6368-24CJ00514;

46. GLOCK GMBH 19GEN5 PISTOL CAL:9 SN:CCAX910;

47. GLOCK INC 17GEN5 PISTOL CAL:9 SN:BGLT120;

48. GLOCK INC 17GEN5 PISTOL CAL:9 SN:BGLT244;

49. RUGER SECURITY-9 PISTOL CAL:9 SN:387-23142;

50. GLOCK INC 43X PISTOL CAL:9 SN:AKCH090;

51. GLOCK INC 43 PISTOL CAL:9 SN:ADYA223;

52. GLOCK INC 43 PISTOL CAL:9 SN:AHDD000;

53. GLOCK INC 26GEN5 PISTOL CAL:9 SN:AHYV830;

54. PHOENIX ARMS CO HP22A PISTOL CAL:22 SN:4625759;

55. Old West Firearms SBG DERRINGER CAL:38 SN:002435;

56. TOKAREV SAVUNMA SILAH SANAYI (TOKAREV ARMS) TBP 12 SHOTGUN CAL:12 SN:52-H23YB-003384;

57. G Force GF9 Rapture PISTOL CAL:9 SN:GF92200238;

58. Old West Firearms SBG DERRINGER CAL:380 SN:002556;

59. G Force GF9 Rapture PISTOL CAL:9 SN:GF92201597;

60. Old West Firearms SBG DERRINGER CAL:380 SN:002363;

61. Smith & Wesson MP Shield PISTOL CAL:40 SN:JPL2058;

62. Canik METE PISTOL CAL:9 SN:24CT22298;

Page 4 of 15

Case 1:24-cr-00236-CCE    Document 39-1    Filed 11/29/24    Page 4 of 16

63. Palmetto State Armory 5.7 Rock PISTOL CAL:57 SN:RKO42982;

64. GLOCK INC 40GEN4 PISTOL CAL:10 SN:BZDB830;

65. MASTERPIECE ARMS DEFENDER PISTOL CAL:9 SN:FX54636;

66. GLOCK GMBH 19 PISTOL CAL:9 SN:BXFT414;

67. GLOCK GMBH 22 PISTOL CAL:40 SN:GVN467;

68. Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8663;

69. Century Arms Nova RIFLE CAL:9 SN:RON2155851;

70. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:DCSF904404;

71. KELTEC, CNC INDUSTRIES, INC SUB-2000 RIFLE CAL:40 SN:FH7859;

72. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:MULTI SN:A-35221;

73. RIA-USA VRF-14 SHOTGUN CAL:12 SN:21-03220;

74. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:MULTI SN:A-31557;

75. TAURUS INTERNATIONAL GX4 PISTOL CAL:9 SN:GD19016;

76. GLOCK GMBH 43X PISTOL CAL:9 SN:AKDP914;

77. GForce Rapture PISTOL CAL:9 SN:GF92200269;

78. Smith & Wesson MP Shield PISTOL CAL:45 SN:JRX1344;

79. Smith & Wesson MP Shield PISTOL CAL:40 SN:JPL2045;

80. Century Arms Micro Draco PISTOL CAL:762 SN:USD002382;

81. Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8664;

82. Century Arms Nova RIFLE CAL:9 SN:RoN2155854;

83. ET Arms Omega 15 RIFLE CAL:MULTI SN:EV04138;

84. Bear Creek Arsenal BC9 RIFLE CAL:9 SN:9-2321;

85. Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8612;

86. Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8682;

87. Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8597;

88. Century Arms Micro Draco PISTOL CAL:762 SN:USD002357;

89. Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8646;

90. G Force Arms GF25 SHOTGUN CAL:12 SN:24ASS-4515;

91. GLOCK INC. 43X PISTOL CAL:9 SN:AKCH255;

92. FNH USA, LLC 509 PISTOL CAL:9 SN:GKS0352336;

93. EAA MC1911 PISTOL CAL:45 SN:T6368-22AB04060;

94. EAA MC1911SC PISTOL CAL:45 SN:T6368-24BF00920;

95. Combat Armory CA19 PISTOL CAL:9 SN:99010030;

96. EAA MC1911SC Untouchable PISTOL CAL:45 SN:T6368-24BF00897;

97. MASTERPIECE ARMS DEFENDER PISTOL CAL:9 SN:FX54702;

98. Springfield Armory Hellcat PISTOL CAL:9 SN:DB504041;

99. EAA MC1911SXLV PISTOL CAL:45 SN:T6368-22AB04059;

100. Canik METEMC9 PISTOL CAL:9 SN:24CT14119;

101. FNH USA LLC 509 PISTOL CAL:9 SN:GKS0351669;

102. RUGER SECURITY-9 PISTOL CAL:9 SN:387-22995;

103. RUGER SECURITY-9 PISTOL CAL:9 SN:387-23141;

104. MASTERPIECE ARMS DEFENDER PISTOL CAL:9 SN:FX54706;

105. RUGER SECURITY-9 PISTOL CAL:9 SN:387-23178;

106. EAA MC28SAT PISTOL CAL:9 SN:T6368-21AV12946;

107. RUGER SECURITY-9 PISTOL CAL:9 SN:387-23181;

108. SCCY DVG1 PISTOL CAL:9 SN:D017914;

109. Century Arms Micro Draco PISTOL CAL:762 SN:USD002347;

110. EAA Girsan MC 1911S PISTOL CAL:9 SN:T6368-24DU00470;

111. Tokarev Ravage SHOTGUN CAL:12 SN:52-H24YD-0092;

112. Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8596;

113. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:SCD287309;

114. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:SCD287068;

115. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:DCSF618042;

116. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:LW437063;

117. RUGER LCP MAX PISTOL CAL:380 SN:R75-516208;

118. TAURUS INTERNATIONAL G2C PISTOL CAL:9 SN:AED345583;

119. TAURUS G3C PISTOL CAL:9 SN:AEE449696;

120. GLOCK GMBH 43X PISTOL CAL:9 SN:AKAG802;

121. RUGER SECURITY-380 PISTOL CAL:380 SN:387-08543;

122. GLOCK GMBH 43X PISTOL CAL:9 SN:AKDP802;

123. GLOCK GMBH 17GEN5 PISTOL CAL:9 SN:BLKW372;

124. TAURUS INTERNATIONAL G2C PISTOL CAL:9 SN:AEM922237;

125. Taurus UltraLight REVOLVER CAL:38 SN:AEJ682395;

126. Taurus UltraLight REVOLVER CAL:38 SN:AEM694701;

127. Taurus PT140 G2A PISTOL CAL:40 SN:AEG523541;

128. Taurus TX22C PISTOL CAL:22 SN:1TJ036195;

129. Springfield Armory XP5 PISTOL CAL:45 SN:BF161433;

130. STANDARD MANUFACTURING COMPANY, LLC S333 THUNDERSTRUCK REVOLVER CAL:22 SN:SVF032113;

131. TISAS PX9 GEN3 PISTOL CAL:9 SN:T062023DC00388;

132. SCCY CPX4 PISTOL CAL:380 SN:A025641;

133. SCCY DVG1 PISTOL CAL:9 SN:D018080;

134. SCCY DVG1 PISTOL CAL:9 SN:D018209;

135. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:DCSF904405;

136. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:SCD746175;

137. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:SCD288396;

138. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:MULTI SN:A-32886;

139. Springfield Armory XD Pistol CAL:9 SN:BE272281;

140. Canik METEMC9 PISTOL CAL:9 SN:24CT14038;

141. Smith & Wesson MP Shield PISTOL CAL:45 SN:JRX1345;

142. EAA Girsan Regard MC PISTOL CAL:9 SN:T6368-24A01356;

143. EAA MC1911S PISTOL CAL:45 SN:T6368-23AB02975;

144. EAA MCP35 PISTOL CAL:9 SN:T6368-22EU006105;

145. EAA MC28SAT PISTOL CAL:9 SN:T6368-21-AV12929;

146. ET Arms Omega 15 RIFLE CAL:MULTI SN:EV04143;

147. Century Arms Micro Draco Pistol CAL:762 SN:USD002316;

148. GForce Arms GF25 SHOTGUN CAL:12 SN:24ASS-4513;

149. BEAR CREEK ARSENAL BCA10 Rifle CAL:Multi SN:F026833;

150. Century Arms Micro Draco Pistol CAL:762 SN:USD001778;

151. Henry Repeating Arms H004 Rifle CAL:22 SN:GB883866;

152. Canik METEMC9 Pistol CAL:9 SN:24CT22390;

153. Mossberg 590S Shotgun CAL:12 SN:V1713073;

154. TAURUS INTERNATIONAL GX4 Pistol CAL:9 SN:GX4M931VL;

155. KELTEC, CNC INDUSTRIES, INC. KS7 Shotgun CAL:12 SN:24Q0142;

156. Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8665;

157. TAURUS INTERNATIONAL TX22 PISTOL CAL:22 SN:1TJ040296TX22C;

158. KELTEC, CNC INDUSTRIES, INC. KS7 Shotgun CAL:12 SN:24Q0144;

159. Smith & Wesson Bodyguard 2.0 Pistol CAL:380 SN:PKL6230;

160. GForce Arm GFY-1 Shotugn CAL:12 SN:24BLP-13071;

161. GLOCK GMBH 19X Pistol CAL:9 SN:CCFV875;

162. TISAS Stackout Pistol CAL:9 SN:T0620-24K01527;

163. KELTEC, CNC INDUSTRIES, INC. SUB-2000 Rifle CAL:40 SN:FH7Z52;

164. Rock Island Armory MAPP1MS Pistol CAL:9 SN:KAR15009;

165. RUGER SECURITY-9 Pistol CAL:9 SN:387-23183;

166. SIG SAUER (SIG-ARMS) P320 Pistol CAL:9 SN:58H341987;

167. Springfield Armory XD Elite Pistol CAL:9 SN:BA509062;

168. DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES) PANTHER LR-308 Rifle CAL:308 SN:FFK051167;

169. RIA-USA VRPF-14 Shotgun CAL:12 SN:30-2343;

170. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:SCB750337;

171. Smith & Wesson MP Shield Pistol CAL:40 SN:JPL2860;

172. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35357;

173. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:SCB749110;

174. Smith & Wesson Bodyguard 2.0 Pistol CAL:380 SN:EHP1887;

175. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35355;

176. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:SCB750325;

177. RUGER LCP MAX Pistol CAL:380 SN:R75-516191;

178. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35350;

179. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:DCSF113827;

180. Canik METE Pistol CAL:9 SN:23CT73567;

181. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35356;

182. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:SCD750322;

183. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35353;

184. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35351;

185. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35354;

186. Smith & Wesson MP Shield Pistol CAL:45 SN:JRX1325;

187. MAGNUM RESEARCH, INC DESERT EAGLE Pistol CAL:50 SN:DK0116654;

188. GLOCK INC 43 Pistol CAL:9 SN:ZSN930;

189. EAA MC1911SC Untouchable Pistol CAL:45 SN:T6368-24BF00707;

190. EAA MC 1 9 11 S X LV P i s t o l C A L : 4 5 SN:T6368-22AB04058;

191. EAA MC1911SC Pistol CAL:45 SN:T6368-24BF00708;

192. SIG SAUER (SIG-ARMS) MPX Pistol CAL:Multi SN:62H032274;

193. SIG SAUER (SIG-ARMS) P320 Pistol CAL:9 SN:58J580281;

194. TAURUS G2S Pistol CAL:9 SN:AGC081221;

195. TAURUS INTERNATIONAL G2C Pistol CAL:9 SN:AEM897094;

196. TAURUS INTERNATIONAL G2C Pistol CAL:9 SN:AEM921399;

197. Old West Firearms SBG DERRINGER CAL:380 SN:002365;

198. Old West Firearms SBG DERRINGER CAL:380 SN:002364;

199. Old West Firearms SBG DERRINGER CAL:380 SN:002268;

200. ET Arms Omega 15 Rifle CAL:Multi SN:V04144;

201. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:SCB751531;

202. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:DCSF906808;

203. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:DCSF906809;

204. RUGER LCP Pistol CAL:380 SN:372599730;

205. GLOCK INC 26 Pistol CAL:9 SN:CBBU890;

206. TAURUS 856 Revolver CAL:38 SN:AEG505172;

207. TAURUS G3C Pistol CAL:9 SN:AEE449820;

208. GLOCK GMBH 17GEN5 Pistol CAL:9 SN:BLKW295;

209. Taurus TX22C Pistol CAL:22 SN:1TJ040072;

210. GLOCK INC 19X Pistol CAL:9 SN:CDPF056;

211. SIG SAUER (SIG-ARMS) MPX Pistol CAL:Multi SN:62H030611;

212. RIA-USA VRPF-14 Shotgun CAL:12 SN:30-02341;

213. KELTEC, CNC INDUSTRIES, INC KS7 Shotgun CAL:12 SN:24Q0141;

214. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:SCB748955;

215. RIA-USA VRF-14 Shotgun CAL:12 SN:21-03221;

216. RIA-USA VRF-14 Shotgun CAL:12 SN:21-03222;

217. RIA-USA VRPF-14 Shotgun CAL:12 SN:30-00561;

218. EAA Untouchable Pistol CAL:45 SN:T6368-24BF00914;

219. Combat Armory CA19 Pistol CAL:9 SN:99010037;

220. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:SCB751538;

221. CHARTER ARMS SHELTON,CT (CHARTER 2000) MAG PUG Revolver CAL:357 SN:23F13078;

222. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:DCSF118987;

223. EAA Untouchable Pistol CAL:45 SN:T6368-24BF00921;

224. TISAS PX9GEN3 Pistol CAL:9 SN:T062023DC00085;

225. Springfield Armory XDM Elite Pistol CAL:9 SN:BA564514;

226. Springfield Armory XDM Elite Pistol CAL:9 SN:BA634012;

227. TISAS PX9GEN3 Pistol CAL:9 SN:None;

228. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35352;

229. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35358;

230. Taurus PT140G2A Pistol CAL:40 SN:AEG487201; and

231. GLOCK GMBH 43X Pistol CAL:9 SN:AKLH882.

###