IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| UNITED STATES OF AMERICA | : | |
|---|---|---|
| | : | 1:24CR236-1 |
| v. | : | |
| | : | |
| ANTHONY HURDLE | : | |

## FINAL ORDER OF FORFEITURE

WHEREAS, on January 23, 2025, this Court entered a Preliminary Order of Forfeiture, ordering defendant to forfeit to the United States all right, title, and interest in and to all items described in Exhibit 1 attached hereto.

WHEREAS, the United States caused to be published, on an official government internet forfeiture site, notice of this forfeiture and of the intent of the United States to dispose of the properties in accordance with the law and as specified in the Preliminary Order, and further notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the properties; and

WHEREAS, no timely claims have been filed as to the above-referenced properties; and

WHEREAS, the Court finds that defendant had an interest in the properties that are subject to forfeiture pursuant to 18 U.S.C. §§ 924(d) and 934(a), and 28 U.S.C. § 2461(c).

**NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that pursuant to 18 U.S.C. §§ 924(d) and 934(a), and 28 U.S.C. § 2461(c), all

right, title, and interest in and to the items described in Exhibit 1 attached hereto are hereby forfeited to the United States of America.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all right, title and interest in and to the properties described in Exhibit 1 attached hereto are hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law.

**IT IS FURTHER ORDERED** that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Order.

This the 10th day of April, 2025.

_____
CHIEF/SENIOR UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 1:24CR236-1 |
| | : | |
| v. | : | |
| | : | |
| ANTHONY HURDLE | : | |

EXHIBIT 1

1. $1,580.00 in U.S. CURRENCY;

2. $2,235.00 in U.S. CURRENCY;

3. GLOCK GMBH 22 Pistol CAL:40 SN:GVN645;

4. PALMETTO STATE ARMORY PA-15 receiver/frame CAL: Multi SN:SCNL219123;

5. SARSILMAZ (SAR ARMS) SAR 9C Pistol CAL:9 SN:T1102-24CY01310;

6. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL: Multi SN:SCNL204657;

7. PHOENIX ARMS CO HP22A deluxe range Pistol CAL:22 SN:4625760;

8. RUGER LCP Pistol CAL:380 SN:372599731;

**EXHIBIT 1**

9. GIRSAN MC 1911 S Pistol CAL:45 SN:T6368-24DU00453;

10. GIRSAN MC 1911 SC Pistol CAL:45 SN:T6368-24BF00270;

11. GLOCK INC 17GEN5 Pistol CAL:9 SN:BLKW274;

12. GLOCK INC 17GEN5 Pistol CAL:9 SN:BMLB784;

13. RUGER LCP Pistol CAL:380 SN:372599728;

14. CANiK METE mc9 Pistol CAL:9 SN:23CT73569;

15. TISAS - TRABZON GUN INDUSTRY CORP 1911A1 STAKEOUT Pistol CAL:45 SN:T0620-24K01581;

16. ADLER SILAH SANAYII CENTURION BP-12 Shotgun CAL:12 SN:24US-18362;

17. Mossberg 715P Pistol CAL:22 SN:CP2206240;

18. EAA Disruptor PISTOL CAL:9 SN:T6368-24CJ00490;

19. SAVAGE STANCE PISTOL CAL:9 SN:AA04572;

20. EAA MC1911 PISTOL CAL:45 SN:T6368-22AB04064;

21. EAA MC1911 PISTOL CAL:45 SN:T6368-24DR00860;

22. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:MULTI SN:A-35369;

23. EAA MC1911SC Untouchable PISTOL CAL:45 SN:T6368-24BF01151;

24. MASTERPIECE ARMS DEFENDER PISTOL CAL:9 SN:FX54632;

25. GLOCK INC. 17GEN5 PISTOL CAL:9 SN:BMLB775;

26. EAA mc1911sc PISTOL CAL:45 SN:T6368-24BF00915;

27. MASTERPIECE ARMS DEFENDER PISTOL CAL:9 SN:FX54703;

28. TISAS 1911 PISTOL CAL:45 SN:T0620-24K01524;

29. EAA MC28SAT PISTOL CAL:9 SN:T6368-21AV12945;

30. GLOCK INC. 17GEN4 PISTOL CAL:9 SN:BAGR923;

31. EAA MCP35 PISTOL CAL:9 SN:T6368-22EU06092;

32. Canik METE PISTOL CAL:9 SN:24CT25502;

33. SAVAGE STANCE PISTOL CAL:9 SN:AA04603;

34. GLOCK INC. 43X PISTOL CAL:9 SN:CBHC909;

35. STANDARD MANUFACTURING COMPANY, LLC S333; THUNDERSTRUCK REVOLVER CAL:22 SN:SVF037316;

36. SAVAGE STANCE PISTOL CAL:9 SN:AA12727;

37. GLOCK GMBH 22 PISTOL CAL:40 SN:CVK071US;

38. GLOCK INC 43 PISTOL CAL:9 SN:BEET214;

39. TAURUS THE JUDGE REVOLVER CAL:45/410 SN:AGC081641;

40. TAURUS 856 REVOLVER CAL:38 SN:AEG509440;

41. TISAS PX-9 GEN3 PISTOL CAL:9 SN:T062023DC00069;

42. GLOCK INC 22GEN4 PISTOL CAL:40 SN:AAGH082;

43. EAA MC1911SC PISTOL CAL:9 SN:T6368-24ER00858;

44. NORINCO (NORTH CHINA INDUSTRIES) SKS RIFLE CAL:762 SN:C21002100;

45. EAA MC9 Disruptor PISTOL CAL:9 SN:T6368-24CJ00514;

46. GLOCK GMBH 19GEN5 PISTOL CAL:9 SN:CCAX910;

47. GLOCK INC 17GEN5 PISTOL CAL:9 SN:BGLT120;

48. GLOCK INC 17GEN5 PISTOL CAL:9 SN:BGLT244;

49. RUGER SECURITY-9 PISTOL CAL:9 SN:387-23142;

50. GLOCK INC 43X PISTOL CAL:9 SN:AKCH090;

51. GLOCK INC 43 PISTOL CAL:9 SN:ADYA223;

52. GLOCK INC 43 PISTOL CAL:9 SN:AHDD000;

53. GLOCK INC 26GEN5 PISTOL CAL:9 SN:AHYV830;

54. PHOENIX ARMS CO HP22A PISTOL CAL:22 SN:4625759;

55. Old West Firearms SBG DERRINGER CAL:38 SN:002435;

56. TOKAREV SAVUNMA SILAH SANAYI (TOKAREV ARMS) TBP 12 SHOTGUN CAL:12 SN:52-H23YB-003384;

57. G Force GF9 Rapture PISTOL CAL:9 SN:GF92200238;

58. Old West Firearms SBG DERRINGER CAL:380 SN:002556;

59. G Force GF9 Rapture PISTOL CAL:9 SN:GF92201597;

60. Old West Firearms SBG DERRINGER CAL:380 SN:002363;

61. Smith & Wesson MP Shield PISTOL CAL:40 SN:JPL2058;

62. Canik METE PISTOL CAL:9 SN:24CT22298;

63. Palmetto State Armory 5.7 Rock PISTOL CAL:57 SN:RKO42982;

64. GLOCK INC 40GEN4 PISTOL CAL:10 SN:BZDB830;

65. MASTERPIECE ARMS DEFENDER PISTOL CAL:9 SN:FX54636;

66. GLOCK GMBH 19 PISTOL CAL:9 SN:BXFT414;

67. GLOCK GMBH 22 PISTOL CAL:40 SN:GVN467;

68. Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8663;

69. Century Arms Nova RIFLE CAL:9 SN:RON2155851;

70. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:DCSF904404;

71. KELTEC, CNC INDUSTRIES, INC SUB-2000 RIFLE CAL:40 SN:FH7859;

72. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:MULTI SN:A-35221;

73. RIA-USA VRF-14 SHOTGUN CAL:12 SN:21-03220;

74. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:MULTI SN:A-31557;

75. TAURUS INTERNATIONAL GX4 PISTOL CAL:9 SN:GD19016;

76. GLOCK GMBH 43X PISTOL CAL:9 SN:AKDP914;

77. GForce Rapture PISTOL CAL:9 SN:GF92200269;

78. Smith & Wesson MP Shield PISTOL CAL:45 SN:JRX1344;

79. Smith & Wesson MP Shield PISTOL CAL:40 SN:JPL2045;

80. Century Arms Micro Draco PISTOL CAL:762 SN:USD002382;

81. Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8664;

82. Century Arms Nova RIFLE CAL:9 SN:RoN2155854;

83. ET Arms Omega 15 RIFLE CAL:MULTI SN:EV04138;

84. Bear Creek Arsenal BC9 RIFLE CAL:9 SN:9-2321;

85. Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8612;

86. Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8682;

87. Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8597;

88. Century Arms Micro Draco PISTOL CAL:762 SN:USD002357;

89. Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8646;

90. G Force Arms GF25 SHOTGUN CAL:12 SN:24ASS-4515;

91. GLOCK INC. 43X PISTOL CAL:9 SN:AKCH255;

92. FNH USA, LLC 509 PISTOL CAL:9 SN:GKS0352336;

93. EAA MC1911 PISTOL CAL:45 SN:T6368-22AB04060;

94. EAA MC1911SC PISTOL CAL:45 SN:T6368-24BF00920;

95. Combat Armory CA19 PISTOL CAL:9 SN:99010030;

96. EAA MC1911SC Untouchable PISTOL CAL:45 SN:T6368-24BF00897;

97. MASTERPIECE ARMS DEFENDER PISTOL CAL:9 SN:FX54702;

98. Springfield Armory Hellcat PISTOL CAL:9 SN:DB504041;

99. EAA MC1911SXLV PISTOL CAL:45 SN:T6368-22AB04059;

100. Canik METEMC9 PISTOL CAL:9 SN:24CT14119;

101. FNH USA LLC 509 PISTOL CAL:9 SN:GKS0351669;

102. RUGER SECURITY-9 PISTOL CAL:9 SN:387-22995;

103. RUGER SECURITY-9 PISTOL CAL:9 SN:387-23141;

104. MASTERPIECE ARMS DEFENDER PISTOL CAL:9 SN:FX54706;

105. RUGER SECURITY-9 PISTOL CAL:9 SN:387-23178;

106. EAA MC28SAT PISTOL CAL:9 SN:T6368-21AV12946;

107. RUGER SECURITY-9 PISTOL CAL:9 SN:387-23181;

108. SCCY DVG1 PISTOL CAL:9 SN:D017914;

109. Century Arms Micro Draco PISTOL CAL:762 SN:USD002347;

110. EAA Girsan MC 1911S PISTOL CAL:9 SN:T6368-24DU00470;

111. Tokarev Ravage SHOTGUN CAL:12 SN:52-H24YD-0092;

112. Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8596;

113. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:SCD287309;

114. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:SCD287068;

115. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:DCSF618042;

116. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:LW437063;

117. RUGER LCP MAX PISTOL CAL:380 SN:R75-516208;

118. TAURUS INTERNATIONAL G2C PISTOL CAL:9 SN:AED345583;

119. TAURUS G3C PISTOL CAL:9 SN:AEE449696;

120. GLOCK GMBH 43X PISTOL CAL:9 SN:AKAG802;

121. RUGER SECURITY-380 PISTOL CAL:380 SN:387-08543;

122. GLOCK GMBH 43X PISTOL CAL:9 SN:AKDP802;

123. GLOCK GMBH 17GEN5 PISTOL CAL:9 SN:BLKW372;

124. TAURUS INTERNATIONAL G2C PISTOL CAL:9 SN:AEM922237;

125. Taurus UltraLight REVOLVER CAL:38 SN:AEJ682395;

126. Taurus UltraLight REVOLVER CAL:38 SN:AEM694701;

127. Taurus PT140 G2A PISTOL CAL:40 SN:AEG523541;

128. Taurus TX22C PISTOL CAL:22 SN:1TJ036195;

129. Springfield Armory XP5 PISTOL CAL:45 SN:BF161433;

130. STANDARD MANUFACTURING COMPANY, LLC S333 THUNDERSTRUCK REVOLVER CAL:22 SN:SVF032113;

131. TISAS PX9 GEN3 PISTOL CAL:9 SN:T062023DC00388;

132. SCCY CPX4 PISTOL CAL:380 SN:A025641;

133. SCCY DVG1 PISTOL CAL:9 SN:D018080;

134. SCCY DVG1 PISTOL CAL:9 SN:D018209;

135. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:DCSF904405;

136. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:SCD746175;

137. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:SCD288396;

138. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:MULTI SN:A-32886;

139. Springfield Armory XD Pistol CAL:9 SN:BE272281;

140. Canik METEMC9 PISTOL CAL:9 SN:24CT14038;

141. Smith & Wesson MP Shield PISTOL CAL:45 SN:JRX1345;

142. EAA Girsan Regard MC PISTOL CAL:9 SN:T6368-24A01356;

143. EAA MC1911S PISTOL CAL:45 SN:T6368-23AB02975;

144. EAA MCP35 PISTOL CAL:9 SN:T6368-22EU006105;

145. EAA MC28SAT PISTOL CAL:9 SN:T6368-21-AV12929;

146. ET Arms Omega 15 RIFLE CAL:MULTI SN:EV04143;

147. Century Arms Micro Draco Pistol CAL:762 SN:USD002316;

148. GForce Arms GF25 SHOTGUN CAL:12 SN:24ASS-4513;

149. BEAR CREEK ARSENAL BCA10 Rifle CAL:Multi SN:F026833;

150. Century Arms Micro Draco Pistol CAL:762 SN:USD001778;

151. Henry Repeating Arms H004 Rifle CAL:22 SN:GB883866;

152. Canik METEMC9 Pistol CAL:9 SN:24CT22390;

153. Mossberg 590S Shotgun CAL:12 SN:V1713073;

154. TAURUS INTERNATIONAL GX4 Pistol CAL:9 SN:GX4M931VL;

155. KELTEC, CNC INDUSTRIES, INC. KS7 Shotgun CAL:12 SN:24Q0142;

156. Iver Johnson Stryker SHOTGUN CAL:12 SN:21E-8665;

157. TAURUS INTERNATIONAL TX22 PISTOL CAL:22 SN:1TJ040296TX22C;

158. KELTEC, CNC INDUSTRIES, INC. KS7 Shotgun CAL:12 SN:24Q0144;

159. Smith & Wesson Bodyguard 2.0 Pistol CAL:380 SN:PKL6230;

160. GForce Arm GFY-1 Shotugn CAL:12 SN:24BLP-13071;

161. GLOCK GMBH 19X Pistol CAL:9 SN:CCFV875;

162. TISAS Stackout Pistol CAL:9 SN:T0620-24K01527;

163. KELTEC, CNC INDUSTRIES, INC. SUB-2000 Rifle CAL:40 SN:FH7Z52;

164. Rock Island Armory MAPP1MS Pistol CAL:9 SN:KAR15009;

165. RUGER SECURITY-9 Pistol CAL:9 SN:387-23183;

166. SIG SAUER (SIG-ARMS) P320 Pistol CAL:9 SN:58H341987;

167. Springfield Armory XD Elite Pistol CAL:9 SN:BA509062;

168. DPMS INC.(DEFENSE PROCUREMENT MFG. SERVICES) PANTHER LR-308 Rifle CAL:308 SN:FFK051167;

169. RIA-USA VRPF-14 Shotgun CAL:12 SN:30-2343;

170. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:MULTI SN:SCB750337;

171. Smith & Wesson MP Shield Pistol CAL:40 SN:JPL2860;

172. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35357;

173. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:SCB749110;

174. Smith & Wesson Bodyguard 2.0 Pistol CAL:380 SN:EHP1887;

175. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35355;

176. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:SCB750325;

177. RUGER LCP MAX Pistol CAL:380 SN:R75-516191;

178. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35350;

179. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:DCSF113827;

180. Canik METE Pistol CAL:9 SN:23CT73567;

181. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35356;

182. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:SCD750322;

183. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35353;

184. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35351;

185. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35354;

186. Smith & Wesson MP Shield Pistol CAL:45 SN:JRX1325;

187. MAGNUM RESEARCH, INC DESERT EAGLE Pistol CAL:50 SN:DK0116654;

188. GLOCK INC 43 Pistol CAL:9 SN:ZSN930;

189. EAA MC1911SC Untouchable Pistol CAL:45 SN:T6368-24BF00707;

190. EAA MC1911 S X LV Pistol CAL:45 SN:T6368-22AB04058;

191. EAA MC1911SC Pistol CAL:45 SN:T6368-24BF00708;

192. SIG SAUER (SIG-ARMS) MPX Pistol CAL:Multi SN:62H032274;

193. SIG SAUER (SIG-ARMS) P320 Pistol CAL:9 SN:58J580281;

194. TAURUS G2S Pistol CAL:9 SN:AGC081221;

195. TAURUS INTERNATIONAL G2C Pistol CAL:9 SN:AEM897094;

196. TAURUS INTERNATIONAL G2C Pistol CAL:9 SN:AEM921399;

197. Old West Firearms SBG DERRINGER CAL:380 SN:002365;

198. Old West Firearms SBG DERRINGER CAL:380 SN:002364;

199. Old West Firearms SBG DERRINGER CAL:380 SN:002268;

200. ET Arms Omega 15 Rifle CAL:Multi SN:V04144;

201. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:SCB751531;

202. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:DCSF906808;

203. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:DCSF906809;

204. RUGER LCP Pistol CAL:380 SN:372599730;

205. GLOCK INC 26 Pistol CAL:9 SN:CBBU890;

206. TAURUS 856 Revolver CAL:38 SN:AEG505172;

207. TAURUS G3C Pistol CAL:9 SN:AEE449820;

208. GLOCK GMBH 17GEN5 Pistol CAL:9 SN:BLKW295;

209. Taurus TX22C Pistol CAL:22 SN:1TJ040072;

210. GLOCK INC 19X Pistol CAL:9 SN:CDPF056;

211. SIG SAUER (SIG-ARMS) MPX Pistol CAL:Multi SN:62H030611;

212. RIA-USA VRPF-14 Shotgun CAL:12 SN:30-02341;

213. KELTEC, CNC INDUSTRIES, INC KS7 Shotgun CAL:12 SN:24Q0141;

214. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:SCB748955;

215. RIA-USA VRF-14 Shotgun CAL:12 SN:21-03221;

216. RIA-USA VRF-14 Shotgun CAL:12 SN:21-03222;

217. RIA-USA VRPF-14 Shotgun CAL:12 SN:30-00561;

218. EAA Untouchable Pistol CAL:45 SN:T6368-24BF00914;

219. Combat Armory CA19 Pistol CAL:9 SN:99010037;

220. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:SCB751538;

221. CHARTER ARMS SHELTON,CT (CHARTER 2000) MAG PUG Revolver CAL:357 SN:23F13078;

222. PALMETTO STATE ARMORY PA-15 RECEIVER/FRAME CAL:Multi SN:DCSF118987;

223. EAA Untouchable Pistol CAL:45 SN:T6368-24BF00921;

224. TISAS PX9GEN3 Pistol CAL:9 SN:T062023DC00085;

225. Springfield Armory XDM Elite Pistol CAL:9 SN:BA564514;

226. Springfield Armory XDM Elite Pistol CAL:9 SN:BA634012;

227. TISAS PX9GEN3 Pistol CAL:9 SN:None;

228. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35352;

229. FRANKLIN ARMORY FAI-15 RECEIVER/FRAME CAL:Multi SN:A-35358;

230. Taurus PT140G2A Pistol CAL:40 SN:AEG487201; and

231. GLOCK GMBH 43X Pistol CAL:9 SN:AKLH882.

###